BEFORE THE FIRST DIVISION, JANUARY 29, 1957

**No. 60461.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, petitions 7220–R, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise, facts, and circumstances are the same in all material respects as those the subject of Abstract 59952, it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petitions were, therefore, granted.

BEFORE THE SECOND DIVISION, JANUARY 30, 1957

**No. 60462.**—Hedaya Mercantile Corp. and Dorel Co. *v.* United States, protests 253896–K and 199629–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JANUARY 30, 1957

**No. 60463.**—International Packers Commercial Div. of International Packers, Ltd. *v.* United States, protest 242018–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef which would now be advisorily classified at 3 cents per pound under paragraph 701, as modified, *supra*, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 5, 1957

**No. 60464.**—Arkwright Accessories, Inc., et al. *v.* United States, protests 270786–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 5, 1957

**No. 60465.**—Max Duraffourg, Ltd., and N. M. Albert Co., Inc., et al. *v.* United States, protests 198852–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic rutile, an earthy or mineral substance, not decorated in any manner, the same in all material respects as that the subject of *International Lapidaries Co.* v. *United States* (36 Cust. Ct. 230, C. D. 1780), the claim of the plaintiffs was sustained.

**No. 60466.**—Hamburger Bros. & Co., Inc. *v.* United States, protest 262697–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60467.**—Henry Kelly Importing & Distributing Co., Inc. *v.* United States, protest 266985–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60468.**—Gerhard & Hey Co., Inc. *v.* United States, protest 268584–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60469.**—Meadows Wye & Co., Inc. *v.* United States, protest 268708–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.